# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHIJIOKE CHUKWUMA ISAMADE ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **2:25–CV–03755–AC** |
| **JIM COOPER ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/8/2026 .**

ENTERED:   **January 8, 2026**          /s/  **Keith Holland**
                                                    Clerk of Court